Form: publici juris/Affidavit
Session: one supreme Court

Archetype
**Act of State**
**Reaffirmation of Character**
**And Renunciation of Attempted Expatriations**

'08 MC 017/
FILED
08 APR -8 PM 3: 47

I, Luis-Roberto: Flores: Guevara, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within **California**, a Republic, within a constitutional Township, within a constitutional County known as Marin. The proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador, and Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador), and "dominium"/(owner) Inhabitant within North America within the Constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/ Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person," "consumer," "individual," "citizen," "citizen-subject," plaintiff/defendant, "resident," "whoever," "taxpayer," "driver," "gun/firearm owner," "debtor," et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF CALIFORNIA, COUNTY OF MARIN, CITY OF NOVATO, LUIS ROBERTO FLORES QUEVARA, LUIS R. FLORES QUEVARA, LUIS R FLORES QUEVARA, LUIS FLORES QUEVARA, L. ROBERTO FLORES QUEVARA, L. FLORES QUEVARA, L.R. FLORES QUEVARA, Luis Roberto Flores: Quevara, Luis R. Flores: Quevara, Luis Flores: Quevara, L. Roberto Flores: Quevara, L. Flores: Quevara, L.R. Flores: Quevara, or any variation thereof, 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, etc. This doctrine of "Piercing the Corporate Veil" with its "Instrumentality Rule," will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself I have identified all my guaranteed, properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this Number is the International registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, properties, whether Private or Public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but all those in concert and cause of action.

This Declaration is affirmed by the enclosed Apostille, (The State of **California**) copy, and, pursuant to 15 Stat. ch.249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U. S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

Dates: spiritual; "In the Beginning" plus Six Days:     Announcement of Diplomatic Arrival; October 7, 1967

_Luis-Roberto: Flores: Guevara_ ™®© (Common Law);
Me; American; Christian; Private; Sentient;
Sovereign; Divine Inhabitant within North America; Within California, a Republic;
"Within" a constitutional county and a constitutional township republic.

"...at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_Ramiro-Jesus: Alvarez_                                _Charlotte Cruz_
Divine, Sentient, and Common Law Witness          Divine, Sentient, and Common Law Witness

---

Form: publici juris/Affidavit
Session: one supreme Court

Archetype
**Act of State**
**Primary Signature Certification**
**Convention de la Haye du 5 octobre 1961**
TIAS 10072, 33 UST 883, 527 UNTS 189, (Convention #12)

I, _Richard W. Fry_, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign use (i.e. United States of America) of the U.S. originating document. This is pursuant to the Hague Conference on Private International Law dated 5 October, 1961, at the Convention Abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of California    )
County of Marin            )   ACKNOWLEDGEMENT
On _February 16, 2008_, before me, _Richard W. Fry_, Notary Public, personally appeared Luis-Roberto: Flores: Guevara, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument he/she, or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_Luis-Roberto: Flores Guevara_        _Notary Signature_
Autograph                              Notary Signature

                                                          RICHARD W. FRY
                                                          Commission # 1551972
                                                          Notary Public - California
                                                          San Diego County
Apostille Number: _499014_              SEAL              My Comm. Expires Feb 12, 2009

Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State

# CALIFORNIA COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California  } ss.
County of San Diego }

I, **Luis-Roberto: Flores**, hereby swear (or affirm) that the attached reproduction
   Name of Custodian of Original Document
of **Apostille & Act of State** is a true and correct photocopy
   Description of Original Document
of a document in my possession.

*Luis-Roberto: Flores:*
Signature of Custodian of Original Document

*16 Marblehead Ln, Novato, California 94949*
Address

Subscribed and sworn to (or affirmed) before me on this **14th** day of **March**, 2008, by
   Date        Month

**Luis-Roberto: Flores**,
Name of Custodian of Original Document

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Place Notary Seal Above

Signature of Notary Public

──────────── **OPTIONAL** ────────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
Title or Type of Document: _____

Document Date: _____   Identifying No.: _____   No. of Pages: _____

Signer(s) or Issuing Agency: _____

**Capacity Claimed by Custodian**
☐ Individual  ☐ Attorney  ☐ Trustee  ☐ Business Proprietor or Manager
☐ Corporate Officer - Title: _____
☐ University or School Officer - Title: _____
☐ Governmental Officer or Agent - Title: _____
☐ Other

Custodian Is Representing: _____

Right Thumbprint
Of Custodian

Top of thumb here

© 2008 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)



# State of California

## SECRETARY OF STATE

## APOSTILLE
*(Convention de La Haye du 5 octobre 1961)*

1. Country: United States of America
   This public document

2. has been signed by Richard W. Fry

3. acting in the capacity of Notary Public, State of California

4. bears the seal/stamp of Richard W. Fry, Notary Public, State of California

**CERTIFIED**

5. At Sacramento, California

6. the 20th day of February 2008

7. by Deputy Secretary of State, State of California

8. No. 499014

9. Seal/Stamp:

'08 MC 0177



10. Signature





Secretary of State

BY

NP-24 (REV. 1-07)    OSP 07 104059

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149499      — SR

April 08, 2008
15:36:00

Misc. Case

USAO #.: 08MC0177
Amount.:                    $39.00 MO
Check#.: 68010505464

Total-> $39.00

FROM: 08MC0177
      MISC. FILING